**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LEON SMITH,**

            **Plaintiff,**

     **v.**                                                **9:10-CV-1247**

**TAMARA CAREY, et al.,**

            **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LEON SMITH<br>P.O. Box 462<br>Clark Mills, New York 13321<br>Plaintiff, *pro se* | |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the<br>State of New York<br>The Capitol<br>Albany, NY 12224-0341<br>Counsel for Defendants | MICHAEL G. MCCARTIN, ESQ.<br>Assistant Attorney General |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 28th day of December 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendants' motion for summary judgment is granted.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: January 22, 2013
Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge